**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone:  (212) 696-6000
Facsimile:   (212) 697-1559
Joseph D. Pizzurro
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Plaintiff, Debtor Lehman*
  *Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                                                      :         Chapter 11
                                                                                              :         Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :         (Jointly Administered)
                                                                                              :
                                              Debtors.                              :
                                                                                              :
                                                                                              :
---------------------------------------------------------------------x
:
LEHMAN BROTHERS HOLDINGS INC., on behalf      :
of itself and as assignee of LEHMAN BROTHERS INC.,   :
                                                                                              :
                                                                                              :         Adv. Case No.
                                              Plaintiff,                              :         10-03552 (SCC)
                                                                                              :
                            v.                                                            :
                                                                                              :
                                                                                              :
FRAGOMEN, DEL REY, BERNSEN AND                      :
LOEWY, LLP,                                                                      :
                                                                                              :
                                              Defendant.                          :
---------------------------------------------------------------------x

## NOTICE OF DISMISSAL

      **PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), incorporated herein by Federal Rule of Bankruptcy Procedure 7041, the plaintiff

in the above-captioned adversary proceeding hereby discontinues the above-captioned adversary

proceeding and dismisses the complaint with prejudice with each party to bear its own costs.

Dated: July 22, 2014
      New York, New York

Respectfully Submitted,

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By:    */s/ L. P. Harrison 3rd*
             Joseph D. Pizzurro
             L. P. Harrison 3rd
             Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559

*Counsel for Plaintiff, Debtor Lehman
Brothers Holdings Inc.*

19104584